STATE of Vermont v. Henry C. HASTINGS, No. 334-78

October 2, 1979. Paul D. Jarvis is hereby assigned as counsel for the defendant in the above entitled appeal. 12 V.S.A. App. VIII, A.O. 4. Appellant's brief to be filed within thirty days.

William and Helen O'BRIEN v. TOWN OF WEATHERSFIELD ZONING BOARD OF ADJUSTMENT, Richard F. Whitcomb, Ralph Osgood and Janice Osgood, No. 357-78

October 2, 1979. Cause to be set for hearing during the November session of the October Term, 1979.

Don H. CATLIN, M.D., William S. Giles and Jane W. Thompson v. TOWN OF HARTLAND, No. 128-79

October 2, 1979. Motion to dismiss denied. By agreement of counsel cause to be submitted on briefs.

Ruth A. FINN v. Rex. H. SNODGRASS and Denise Snodgrass, No. 161-79

October 2, 1979. Judgment by default stricken. Cause remanded for hearing on the merits.

IN RE Robert T. McGRATH, No. 241-79

October 2, 1979. Cause to come on for hearing during the November session of the October Term, 1979.

STATE of Vermont v. Ronald HEMINGWAY, No. 246-79

October 2, 1979. Motion to withdraw as counsel filed September 14, 1979, granted.

STATE of Vermont v. NO NAME NO. 20, et al., Nos. 357-79, 358-79, 359-79, 360-79, 361-79

October 2, 1979. It being conceded that the defendants are no longer being held for lack of bail by the Commissioner of Corrections, bail appeal dismissed.

Billings, J.

SOUTH BURLINGTON MECHANICAL & ELECTRICAL CONTRACTORS, INC. v. GRAYBAR ELECTRIC CO., INC., No. 106-78

October 3, 1979. Progress to be made in thirty days or cause dismissed.